UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Laura Pendergest-Holt, et al, | § | |
| Plaintiffs, | § | |
| V. | § | Civil Action No.   H-09-3712 |
| | § | |
| Certain Underwriters at | § | |
| Lloyd's of London and Arch | § | |
| Specialty Insurance Co., | § | |
| Defendant. | § | |

## ORDER

Parties are advised that a hearing on the Emergency Preliminary Injunction motion in this case will be held on Thursday, December 17, 2009 at 1:30 p.m., Courtroom 8A, 515 Rusk, Houston, Texas.

**Plaintiffs are ORDERED to provide Defendant(s) immediate notice of this hearing by regular mail, certified mail return receipt requested and by personal service via a process server.**

SIGNED at Houston, Texas, on this the ___2___ day of December, 2009.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE