UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Laura Pendergest-Holt., et al, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> § <br> Certain Underwriters at § <br> Lloyd's of London and Arch § <br> Specialty Insurance Co., § <br> Defendants. § | Civil Action No.: 4:09-3712 |

ORDER

Pending before the Court is Defendant's Motion for Continuance (Inst. # 15). Having considered the motion, the submissions and the applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

Orders that the Motion for Continuance (Inst. # 15) is DENIED. Further the Court ORDERS that all future filings in this Court must be in 14 point font (see page 9 of Judge Hittner's Procedure Manual).

Signed at Houston, TX on the ___10___ day of December, 2009.

_____
DAVID HITTNER
United States District Judge