IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, § | | |
| R. ALLEN STANFORD, GILBERT § | | |
| LOPEZ, JR. and MARK KUHRT § | | |
|    *Plaintiffs*, § | | |
| § | | |
| V. § | CIVIL ACTION NO. 4:09-cv-03712 | |
| § | | |
| CERTAIN UNDERWRITERS AT § | | |
| LLOYD'S OF LONDON and ARCH § | | |
| SPECIALTY INSURANCE § | | |
| COMPANY, § | | |
|    *Defendants*. § | | |

## APPENDIX

1) Complaint filed in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

2) First Amended Complaint filed in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

3) Order of Judge O'Connor dated February 17, 2009 entered in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

4) Motion for Leave to File Second Amended Complaint filed in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

5) Indictment filed in Criminal No. H-09-0342, *United States of America v. Robert Allen Stanford, et al.*, in the U.S. District Court for the Southern District of Texas

6) D&O Policy issued by Underwriters to the Stanford Group, bearing policy number 576/MNK558900 and effective August 15, 2008 to August 15, 2009

7) Excess Policy issued by Underwriters to the Stanford Group, bearing policy number 576/MNA831400 and effective August 15, 2008 to August 15, 2009

8) May 1, 2009 Letter to Plaintiff Stanford

9) May 1, 2009 Letter to Plaintiff Holt

10) October 30, 2009 Letter to Plaintiff Lopez

11) June 1, 2009 Letter to Plaintiff Holt

12) Affidavit of Kent Schaffer, including the following attachments to same:

    12-A) Certain Underwriters at Lloyd's of London's and Arch Specialty Insurance Company's Billing Guidelines

13) Affidavit of Michael Sokolow

14) Response to Defendant Holt's and Defendant Lopez's Motions for Payment of Fees or Stay of the Proceedings and Response to Questions Raised by the Honorable David Hittner filed in Criminal No. H-09-0342, *United States of America v. Robert Allen Stanford, et al.*, in the U.S. District Court for the Southern District of Texas

15) Order of Judge Godbey dated October 9, 2009 entered in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

16) November 16, 2009 Letter to Plaintiff Holt

17) November 16, 2009 Letter to Plaintiff Kuhrt

18) November 16, 2009 Letter to Plaintiff Stanford

19) November 16, 2009 Letter to Plaintiff Holt

20) Affidavit of Jack Zimmermann

21) Affidavit of Richard Kuniansky

22) Underwriters Proposed Order filed in Criminal No. H-09-0342, *United States of America v. Robert Allen Stanford, et al.*, in the U.S. District Court for the Southern District of Texas

23) Order of Judge O'Connor dated February 17, 2009 entered in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas

24) Order of Judge Godbey dated March 12, 2009 entered in Civil Action No. 3:09-CV-0298-N, *Securities and Exchange Commission v. Stanford International Bank, et al.*, in the U.S. District Court for the Northern District of Texas