IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA PENDERGEST-HOLT, § <br> R. ALLEN STANFORD, GILBERT § <br> LOPEZ, JR. and MARK KUHRT, § <br> § <br> *Plaintiffs*, § <br> § <br> V. § <br> § <br> CERTAIN UNDERWRITERS AT § <br> LLOYD'S OF LONDON and ARCH § <br> SPECIALTY INSURANCE § <br> COMPANY, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 4:09-cv-03712 |

## PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Laura Pendergest-Holt, R. Allen Stanford, Gilbert Lopez, Jr., and Mark Kuhrt, Plaintiffs herein, file this Supplemental Brief in Support of Motion for Preliminary Injunction, and would respectfully show the Court as follows:

1. The purpose of this supplemental brief is solely to introduce the affidavit of Brent R. Barker, attached hereto as **Exhibit 25.**[1] Mr. Barker is one of the attorneys representing Plaintiff Laura Pendergest-Holt in the SEC Action and his affidavit

---

[1] Exhibits 1-24 were attached to Plaintiffs' Brief in Support of Preliminary Injunction [Docket No. 22].

provides additional proof of the irreparable injury that Plaintiffs will suffer if a preliminary injunction is not issued.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that their Motion for Preliminary Injunction be GRANTED.

Respectfully submitted,

By: /s/ Lee H. Shidlofsky
Lee H. Shidlofsky
State Bar No. 24002937
Federal Bar No. 22026
E-mail: lee@vsfirm.com

Alan M. Cohen
State Bar No. 24057671
Federal Bar No. 925044
E-mail: alan@vsfirm.com

Douglas P. Skelley
State Bar No. 24056335
Federal Bar No. 903934
E-mail: doug@vsfirm.com

VISSER SHIDLOFSKY LLP
7200 N.Mopac Expy., Suite 430
Austin, Texas 78731
Phone: (512) 795-0600
Fax: (866) 232-8710

**ATTORNEYS FOR PLAINTIFFS LAURA PENDERGEST-HOLT, R. ALLEN STANFORD, and GILBERT LOPEZ**

        **- and –**

By:   /s/ Gregg Anderson
       Gregg Anderson
       State Bar No. 011186200
       Federal Bar No. 9032
       TERRY BRYANT, PLLC
       8584 Katy Freeway, Suite 100
       Houston, Texas 77024
       Phone: (713) 973-8888
       Fax: (713) 973-1188
       E-mail:gregg@terrybryant.com
       **ATTORNEYS FOR PLAINTIFF MARK KUHRT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to each counsel of record. To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served in accordance with the Federal Rules of Civil Procedure.

                                              /s/ Lee H. Shidlofsky
                                              Lee H. Shidlofsky