IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, | § | |
| R. ALLEN STANFORD, GILBERTO | § | |
| LOPEZ, JR. and MARK KUHRT, | § | |
|     *Plaintiffs,* | § | CIVIL ACTION NO.: 4:09-cv-03712 |
| | § | |
| vs. | § | |
| | § | |
| CERTAIN UNDERWRITERS AT | § | |
| LLOYD'S OF LONDON and ARCH | § | |
| SPECIALTY INSURANCE | § | |
| COMPANY, | § | |
|     *Defendants.* | § | |

**<u>JOINT STIPULATION TO EXTEND TIME FOR UNDERWRITERS TO
RESPOND TO PLAINTIFFS' MOTION TO COMPEL</u>**

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned

counsel for Plaintiffs Laura Holt, Gilbert Lopez, and Mark Kuhrt ("Plaintiffs"), and

Defendants Certain Underwriters at Lloyd's of London and Arch Specialty Insurance

Company ("Underwriters") that the time for Underwriters to file a response to Plaintiffs

Motion to Compel is hereby extended to Wednesday, July 7, 2010.

By:   /s/ Lee H. Shidlofsky
Lee H. Shidlofsky
State Bar No. 24002937
Federal Bar No. 22026
E-mail: lee@vsfirm.com
VISSER SHIDLOFSKY LLP
7200 N. Mopac Expy., Ste 430
Austin, Texas 78731
Phone: (512) 795-0600
Fax: (866) 232-8710

Attorneys for Plaintiffs Laura Pendergest-Holt, R. Allen Stanford, Gilbert Lopez, Jr. and Mark Kuhrt

By:   /s/ Daniel McNeel Lane Jr.
Daniel McNeel Lane, Jr.
State Bar No. 00784441
Email: nlane@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1600
San Antonio, Texas 78205
Phone: (210) 281-7000
Fax: (210) 224-2035

Attorneys for Defendants Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Company

**SO ORDERED:**

Signed this _____ day of July, 2010

_____
HONORABLE NANCY F. ATLAS