**To:**  Stanford, Allen[AStanford@StanfordEagle.com]
**From:**  Nunes, Tony
**Sent:**  Fri 2/20/2009 7:50:20 PM
**Importance:**  Low
**Sensitivity:**  None
**Subject:**  I'm in your corner. Hang in there. Tony
**Categories:**  urn:content-classes:message


*M.A.(Tony) Nunes*
*Akin Gump Strauss Hauer & Feld LLP*
*1111 Louisiana St., 44th Floor*
*Houston, Texas 77002*
*Direct Dial: 713.220.5879*
*Cell: 713.530.9609*
*Fax: 713.236.0822*
*tnunes@akingump.com*



**To:** Stanford, Allen[astanford@stanfordeagle.com]
**From:** ntnunes@aol.com
**Sent:** Tue 2/3/2009 9:24:52 PM
**Importance:** Low
**Sensitivity:** None
**Subject:** Catching Up
**Categories:** Mon 1/1/1601 12:00:00 AM

Hi Allen. How are you?

I am considering an offer to join Greenberg Taurig's Houston office and was wondering if you still use them to do your legal work and whether you have any pointers to give me. A response to this email address (not my work address) would be really appreciated if you have the time. It would also be good to catch up with you when you are in Houston some time. Tony Nunes

---

Carnations mean admiration, Tulips mean love - what do Roses mean? <u>Find out now!</u>

**To:** Stanford, Allen[astanford@stanfordeagle.com]
**From:** Nunes, Tony
**Sent:** Tue 8/19/2008 11:51:11 PM
**Importance:** Low
**Sensitivity:** None
**Subject:** Lunch
**Categories:** urn:content-classes:message

I don't know how often you are in Houston these days, but if you have time when you are next here I would love to buy you lunch to catch up. Please let me know if this is possible.

Kind Regards, Tony

*M.A.(Tony) Nunes*
*Akin Gump Strauss Hauer & Feld LLP*
*1111 Louisiana St., 44th Floor*
*Houston, Texas 77002*
*Direct Dial: 713.220.5879*
*Cell: 713.530.9609*
*Fax: 713.236.0822*
*tnunes@akingump.com*

**PORTRAIT**



# Stairway to SUCCESS



On March 28, the SFG Advisory Board convened in Houston for its first meeting in 1994. The day-long session provided attendees with an overview of SFG and its affiliate companies, as well as the opportunity for Board members and key employees to get to know one another better. Board Chairman James Stanford, and President and CEO Allen Stanford were key speakers at the event, which was held at the Ritz-Carlton Hotel near SFG's offices in Houston's Galleria financial district.

Back Row (l–r):
R. Allen Stanford*, James A. Stanford*, James M. Davis*, John R. Jones*, J. Arnold Knoche, Kenny J. Byron, Jean A. Gilstrap*, Rhese S. Hoylman III, Jay T. Comeaux*, Lawrence W. Cart, C. Talmadge Gribbins.

Middle Row (l–r):
O.Y. Goswick*, René H. Burgauer*, Lloyd Harrell, Frans P. Vingerhoedt, Blaise Friedli*, Mike John*, Edward St. Clair Smith.

Front Row, Up (l–r):
Oreste S. Tonarelli, M. Margaret Stein, Yolanda M. Suarez*, Dr. Linda Driskill*, Dr. Courtney N. Blackman*, M.A. (Tony) Nunes, Brad D. Follis, Ellen D. Green.

Front Row, Down (l–r):
E. Ann Henry Goodwin*, Don S. Caldwell, Jr.*, Kenneth C. Allen*.

* Denotes Board of Directors and SFG Advisory Board Members.

Excerpt from: Lodis Reports - a Stanford Company magazine
Issue 7, First Quarter 1994