FEE NUMBER
48394

**BAKER & BOTTS**
ATTORNEYS AT LAW
ONE SHELL PLAZA
HOUSTON, TEXAS 77002
TAXPAYER I.D. # 74-1195457

Mr. James Allen Stanford
706 South Ross
Mexia, Texas 76667

REF. NO.

TO FEE FOR SERVICES RENDERED in October 1985 in connection with advice regarding the formation of a bank in Montserrat, including researching Montserrat banking laws; office conferences with Allen and James Stanford; telephone conference with Allen Stanford and Bowman Brown, Miami counsel; general advice.

| | |
|---|---|
| FEE | $ 850.00 |
| EXPENSES (itemized on attached statement) | 25.00 |
| TOTAL OF FEE AND EXPENSES | $ 875.00 |

T. Nunes/643
G-40,799
49.25 units billed
0100DR/126C01

EXHIBIT
tabbles
F

**BAKER & BOTTS**
ATTORNEYS AT LAW
ONE SHELL PLAZA
HOUSTON, TEXAS 77002
TAXPAYER I.D. # 74-1195457

Mr. James Allen Stanford
706 South Ross
Mexia, Texas 76667

REF. NO.

---

EXPENSES:

| | |
|---|---|
| Credit information on Stanford Insurance Company, Mexia, Texas | $ 25.00 |

0100DR/126C01

48394

**BAKER & BOTTS**
ATTORNEYS AT LAW
ONE SHELL PLAZA
HOUSTON TEXAS 77002
[illegible]

Mr. James Allen Stanford
766 South Rose
Mexia, Texas 76667

---

TO FEE FOR SERVICES RENDERED in October 1985 in connection with advice regarding the formation of a bank in Montserrat, including researching Montserrat banking laws; office conferences with Allen and James Stanford; telephone conference with Allen Stanford and Bowman Brown, Miami counsel; general advice.

| | | |
|---|---|---|
| FEE | $ | 850.0 |
| EXPENSES (itemized on attached statement) | | 25.0 |
| TOTAL OF FEE AND EXPENSES | $ | 875.0 |

T. Nunes/643
G-40,799
49.25 units billed
0100DR/126C01

RCA OCT 16 1584+
GRESHAM HOU

RESHAM HOU

5738 FABANK HKATTENTION: ALLEN STANFORD OF INVESTORS TRUST

FROM: KENNETH ALLEN, PLYMOUTH, MONTSERRAT.

DATE: OCTOBER 15, 1985.

I CONFIRM YOU NEED TWO (2) REFERENCES ONE FROM YOUR BANKERS, THE OTHER FROM POLICE DEPARTMENT OR REPUTABLE CITIZEN TOGETHER WITH AN AFFIDAVIT IN THE FOLLOWING FORM OR AS NEAR TO IT AS POSSIBLE:-

''I, , OF , MAKE OATH

AND SAY AS FOLLOWS:-

1. I AM A (PROFESSION OR OCCUPATION) AND I AM YEARS OF AGE.

2. I AM THE PERSON MAINLY INTERESTED IN THE INCORPORATION OF (NAME OF BANK).

3. I HAVE CAREFULLY READ THE BANKING ORDINANCE NO. 14 OF 1978 AND ALL AMENDMENTS THERETO, AND TO THE BEST OF MY BELIEF, I AM ABLE TO CONFORM WITH ALL ITS REQUIREMENTS.

4. I AM INSTRUCTED BY KENNETH ALLEN ESQUIRE, A BARRISTER-AT-LAW WHOSE ADDRESS IS LAW CHAMBERS, MARINE DRIVE, PLYMOUTH, MONTSERRAT. THE SAID KENNETH ALLEN HAS CONSENTED TO BE MY LOCAL REPRESENTATIVE UNTIL SUCH TIME AS IT SHALL BECOME EXPEDIENT TO SET UP PERMANENT OFFICES IN MONTSERRAT.

5. I HAVE DEPOSITED WITH ------------ AN ADEQUATE SUM FOR TAKING UP AND PAYING FOR MY SHARES IN THE COMPANY IN CONFIRMITY WITH THE BANKING ORDINANCE.

6. THE FACTS HEREIN SET OUT ARE TRUE.

SWORN AT )
)
ON THE DAY , 1985 ) --------------------------
)
BEFORE ME: )

---------------------------------
NOTARY PUBLIC. ''

THE FEES ARE US. 10,875.00 MADE UP AS FOLLOWS:- 4,450.00 FOR INCORPORATION OF COMPANY, 3,925.00 LICENCE FEE FOR ONE YEAR, 1,000 COUNSEL'S FEES AND INCIDENTAL COSTS 1,000.

KIND REGARDS,

KENNETH ALLEN.+
GRESHAM HOU

5738 FABANK HK

TO: (1) [illegible] (643)
(1) ATTACH THREE COPIES OF THE STATEMENT WITH FILE NUMBER, UNITS BILLED AND DATE OF BILLING [illegible] INDICATED THEREON)
(2) ACCOUNTING - CLIENT BILLING SECTION
(3) FILE ROOM, 3 FLOOR, FILE NUMBER 6-40,799

BILLING INFORMATION

CLIENT STANFORD, JAMES ALLEN
MATTER MONTSERRAT BANK
NUMBER C491-161

48.394

[illegible] 49.85

5.5 HOURS ~~49.25 UNITS~~ 49.25 1.65 03-07-86
43.25 ~~02-14-86~~
4.95 02-21-86

051025 00001
660128 00004

FEE CHARGED $ 850 UNITS CHARGED ~~49.25~~ DATE 2-12-86
#48278 49.85 MO/DA/YR

INCLUDE EXPENSES ✓ YES NO 25.00 UNBILLED EXPENSES c/o 6/7/87 [illegible]

Mines 643

PREPARED BY SMITN CONCURRED IN BY APPROVED BY

REMARKS add 6 units (C)

FEE PAID $ 850.00 DATE

PAID

6/7/87 charge off
6-12-87 Fee reversed