# Bank of St Croix
## WIRE/FUNDS TRANSFER REQUEST/ACTIVITY RECORD

### SECTION A

| Field | Value |
|---|---|
| CUSTOMER NAME | STANFORD 20/20 LLC |
| CUSTOMER ACCOUNT NUMBER (if any) | 22016603 |
| AMOUNT | $ 539.55 |
| ORDER RECEIVED Date | 7/2/08 |
| Time | ☒ A.M. ☐ P.M. |
| ☒ Outgoing (Complete Section B) | |
| ☐ Incoming (Complete Section C) | |

### SECTION B — OUTGOING

| Field | Value |
|---|---|
| ORIGINATOR'S NAME | STANFORD 20/20 LLC |
| ACCOUNT NUMBER | 22016603 |
| TAXPAYER IDENTIFICATION NUMBER | 66-0684118 |
| NAME OF ORIGINATOR'S AUTHORIZED REPRESENTATIVE (if applicable) | R. ALLEN STANFORD |
| AUTHORIZATION VERIFIED WITH BANK RECORDS? | ☒ Yes ☐ No |
| ORIGINATOR'S ADDRESS | P.O. BOX 25438, CHRISTIANSTED, VI 00824 |
| WIRE INSTRUCTION RECEIVED BY | ☐ Phone ☐ Mail ☐ In Person ☒ Fax ☐ Other (specify) |
| BENEFICIARY'S NAME | AKIN GUMP STRAUSS HAUER & FELD LLP |
| BENEFICIARY'S ADDRESS | 1333 NEW HAMPSHIRE AVE, N.W., WASHINGTON, DC 20036-1564 |
| BENEFICIARY'S BANK | CITIBANK |
| ABA ROUTING NUMBER | 021000089 |
| BENEFICIARY'S BANK ADDRESS | 399 PARK AVENUE, NEW YORK NY 10022 |
| BENEFICIARY'S ACCOUNT NUMBER | 30447604 |
| SPECIAL INSTRUCTIONS | REFERENCE: 685827/0001, INVOICE# 1186836, 1192566 |

### SECTION C — INCOMING

(blank)

### SECTION D

COMPLETE SECTION D ONLY IF THE CUSTOMER IS NOT AN ACCOUNT HOLDER WITH THIS BANK.

1. WHERE ORDER RECEIVED FROM OR PAYMENT MADE TO AUTHORIZED REPRESENTATIVE:
2. ORDER RECEIVED IN PERSON FROM ORIGINATOR:
3. WHERE ORDER RECEIVED OR PAYMENT MADE NOT IN PERSON, ATTACH ALL RECORDS OF ORDER/PAYMENT.

### SECTION E — PAYMENT METHOD

☐ Cash ☐ Credit Card ☐ Check # _____ ☐ Debit/Credit Authorized
Acct. # 022016603

| | |
|---|---|
| COMMISSION | |
| WIRE CHARGES | 30.00 |
| MISCELLANEOUS FEES | |
| TOTAL | 8030.00 |

I unconditionally authorize the Financial Institution to execute this payment order and debit my account in the amount requested plus applicable charges (if I have not otherwise paid the Financial Institution).

CUSTOMER SIGNATURE: X /signature/
OFAC VERIFIED: X yes
PREPARED BY: X
APPROVED BY: X /signature/

B056-001-001719


EXHIBIT AQ



BANK OF ST. CROIX
APR 29 '09
TELLER

BSC-STAN B2-401
CCW

BANK OF ST. CROIX
APR 29 '09
TELLER

B056-001-001720

```
GFX Message Print - Message Inquiry Display Dialog Box

User: mderima      Bank: BANK OF STCROIX     Date: 07/02/08 16:35:46

Message Status: PNRM
Seq Num: 20081840011100    Related Seq Num: 20081840014200
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 07/02/2008 12:15:45    Value Date: 07/02/2008

Sender: 021606690,    Receiver: 021000089
Amount: $539.55
Debit info --
    Account: 22016603  Inst: 01  Br: 0001  Type: D8
    Name:    STANFORD 20/20 LLC
    Addr1:   ATTN: NATASHA LEWIS-FLYNN
    Addr2:   2179 KING CROSS STREET
    Addr3:   CHRISTIANSTED VI
    Addr4:   00820

Credit info --
    Rcvr:    021000089
    Name:    CITIBANK N.A.
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:             Dept:    DEPT1    Trancode: DOMESTIC
Category:           Linesheet:         Create Template:

Message Text:
    Sndr Info   {1500}02          P *
    Msg Type    {1510}1000
    IMAD        {1520}20080702L1LFB89C000025
    Amount      {2000}000000053955
    Sender DI   {3100}021606690*
    Sr Ref      {3320}20081840011100*
    Rcvr DI     {3400}021000089*
    Bus Func    {3600}CTR*
    BNF         {4200}D30447604*
                AKIN GUMP STRAUSS HAUER & FIELD LLP*
                1333 NEW HAMPSHIRE AVE N.W.*
                WASHINGTON, DC 20036-1564*
    ORG         {5000}D22016603*
                STANFORD 20/20 LLC*
                ATTN: NATASHA LEWIS-FLYNN*
                2179 KING CROSS STREET*
                CHRISTIANSTED VI*
    OBI         {6000}REF: 685827/0001*
                INVOICE # 1186836, 1192566*
```

B056-001-001717

08/21/2016 01:17 FAX 3057895835                   ☒002

# Bank of St Croix
## WIRE/FUNDS TRANSFER REQUEST/ACTIVITY RECORD

### SECTION A

| Field | Value |
|---|---|
| CUSTOMER NAME | STANFORD 20/20 LLC |
| CUSTOMER ACCOUNT NUMBER (if any) | 22016603 |
| AMOUNT | $ 23,722.76 |
| ORDER RECEIVED Date | 3/28/08 |
| Time | (handwritten) |
| A.M./P.M. | ☒ A.M. |
| Direction | ☒ Outgoing (Complete Section B) / ☐ Incoming (Complete Section C) |

### SECTION B – OUTGOING

| Field | Value |
|---|---|
| ORIGINATOR'S NAME | STANFORD 20/20 LLC |
| ACCOUNT NUMBER | 22016603 |
| TAXPAYER IDENTIFICATION NUMBER | 66-0684118 |
| NAME OF ORIGINATOR'S AUTHORIZED REPRESENTATIVE (if applicable) | R. ALLEN STANFORD / Julie Hodge |
| AUTHORIZATION VERIFIED WITH BANK RECORDS? | ☒ Yes ☐ No |
| ORIGINATOR'S ADDRESS | P.O. BOX 25438, CHRISTIANSTED, VI 00824 |
| WIRE INSTRUCTION RECEIVED BY | ☐ Phone ☐ Mail ☐ In Person ☒ Fax ☐ Other (specify) |
| BENEFICIARY'S NAME | AKIN GUMP STRAUSS HAUER & FELD LLP |
| BENEFICIARY'S ADDRESS | 1333 NEW HAMPSHIRE AVE. N.W., WASHINGTON, DC 20036-1564 |
| BENEFICIARY'S BANK | CITIBANK |
| ABA ROUTING NUMBER | 021000089 |
| BENEFICIARY'S BANK ADDRESS | 399 PARK AVENUE, NEW YORK NY 10022 |
| EXECUTION DATE | 03/28/2008 |
| BENEFICIARY'S ACCOUNT NUMBER (if known) | 30447604 |
| SPECIAL INSTRUCTIONS | REFERENCE: 685827/0001, INVOICE#1167068 |

### SECTION C – INCOMING

(blank)

### SECTION D

COMPLETE SECTION D ONLY IF THE CUSTOMER IS NOT AN ACCOUNT HOLDER WITH THIS BANK.

1. WHERE ORDER RECEIVED FROM OR PAYMENT MADE TO AUTHORIZED REPRESENTATIVE:
2. ORDER RECEIVED IN PERSON FROM ORIGINATOR:
3. WHERE ORDER RECEIVED OR PAYMENT MADE NOT IN PERSON, ATTACH ALL RECORDS OF ORDER/PAYMENT.

(Stamp: BANK OF ST CROIX — MAR 28 08 — RETAIL SERVICE DEPT. — U.S. VIRGIN ISLANDS)

### SECTION E – PAYMENT METHOD

| Field | Value |
|---|---|
| Payment | ☐ Cash ☐ Credit Card ☐ Check # ☐ Drawn on: ☒ Debit/Credit Authorized |
| Acct. # | 022016603 |
| COMMISSION | |
| WIRE CHARGES | 30.00 |
| MISCELLANEOUS FEES | |
| TOTAL | 23,752.76 |

I unconditionally authorize the Financial Institution to execute this payment order and debit my account in the amount requested plus applicable charges (if I have not otherwise paid the Financial Institution).

| | |
|---|---|
| CUSTOMER SIGNATURE X | (signed) |
| OFAC VERIFIED X | Yes |
| PREPARED BY X | (signed) |
| APPROVED BY X | K. Trask |

ITEM C6689-Word (0204)
© GREATLAND 1995

GREATLAND ■ To Order Call: 800-530-9393

BANK OF ST. CROIX
1  APR 29 '09  1
RETAIL SERVICE DEPT.
ST. CROIX
U.S. VIRGIN ISLANDS

BSC-STAN02 - 525
(ccw)

B056-001-001968

```
GFX Message Print - Message Inquiry Display Dialog Box

User: gbermudez      Bank: BANK OF STCROIX      Date: 03/28/08 14:51:25

Message Status: PNRM
Seq Num: 20080880004400      Related Seq Num: 20080880005900
Pay Method: FED Output       Message ID: FTI0811
Date Recvd: 03/28/2008 09:52:03      Value Date: 03/28/2008

Sender:  021606690,      Receiver:  021000089
Amount:  $23,722.76
Debit info --
    Account: 22016603  Inst: 01  Br: 0001  Type: D8
    Name:    STANFORD 20/20 LLC
    Addr1:   ATTAN: NATASHA LEWIS-FLYNN
    Addr2:   2179 KING CROSS STREET
    Addr3:   CHRISTIANSTED VI
    Addr4:   00820

Credit info --
    Rcvr:    021000089
    Name:    CITIBANK N.A.
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:            Dept:    DEPT1      Trancode: DOMESTIC
Category:          Linesheet:          Create Template:

Message Text:

    Sndr Info    {1500}02           P *
    Msg Type     {1510}1000
    IMAD         {1520}20080328L1LFB89C000008
    Amount       {2000}000002372276
    Sender DI    {3100}021606690*
    Sndr Ref     {3320}20080880004400*
    Rcvr DI      {3400}021000089*
    Bus Func     {3600}CTR*
    BNF          {4200}D30447604*
                 AKIN GUMP STRAUSS HAUER & FELD LLP*
                 1333 NEW HAMPSHIRE AVE N.W.*
                 WASHINGTONDC 20036-1564*
    ORG          {5000}D22016603*
                 STANFORD 20/20 LLC*
                 ATTAN: NATASHA LEWIS-FLYNN*
                 2179 KING CROSS STREET*
                 CHRISTIANSTED VI*
    OBI          {6000}REFERENCE: 685827/0001,*
                 INVOICE#1167068*
```

07/14/2016 00:56 FAX 3057895835 @008

# Bank of St Croix
## WIRE/FUNDS TRANSFER REQUEST/ACTIVITY RECORD

**SECTION A**

| CUSTOMER NAME | CUSTOMER ACCOUNT NUMBER (if any) | AMOUNT |
|---|---|---|
| STANFORD 20/20 LLC | 22016603 | $ 29,419.45 |

| ORDER RECEIVED Date 2/18/08 | Time | ☒ A.M. ☐ P.M. | ☒ Outgoing (Complete Section B) ☐ Incoming (Complete Section C) |

**SECTION B – OUTGOING**

| ORIGINATOR'S NAME | ACCOUNT NUMBER | TAXPAYER IDENTIFICATION NUMBER |
|---|---|---|
| STANFORD 20/20 LLC | 22016603 | 66-0684118 |

NAME OF ORIGINATOR'S AUTHORIZED REPRESENTATIVE (if applicable): R. ALLEN STANFORD — Julie Hodge
AUTHORIZATION VERIFIED WITH BANK RECORDS? ☒ Yes ☐ No

ORIGINATOR'S ADDRESS: P.O. BOX 25438, CHRISTIANSTED, VI 00824

WIRE INSTRUCTION RECEIVED BY: ☐ Phone ☐ Mail ☐ In Person ☒ Fax ☐ Other (specify)

BENEFICIARY'S NAME: AKIN GUMP STRAUSS HAUER & FELD LLP
BENEFICIARY'S ADDRESS: 1333 NEW HAMPSHIRE AVE. N.W., WASHINGTON, DC 20036-1564
BENEFICIARY'S BANK: CITIBANK
ABA ROUTING NUMBER: 021000089
BENEFICIARY'S BANK ADDRESS: 399 PARK AVENUE, NEW YORK NY 10022

EXECUTION DATE: 02/19/08
BENEFICIARY'S ACCOUNT NUMBER: 30447604

SPECIAL INSTRUCTIONS: REFERENCE: INVOICE#1163418

**SECTION C – INCOMING**

(blank)

**SECTION D** – COMPLETE SECTION D ONLY IF THE CUSTOMER IS NOT AN ACCOUNT HOLDER WITH THIS BANK.

1. WHERE ORDER RECEIVED FROM OR PAYMENT MADE TO AUTHORIZED REPRESENTATIVE:
2. ORDER RECEIVED IN PERSON FROM ORIGINATOR:
3. WHERE ORDER RECEIVED OR PAYMENT MADE NOT IN PERSON, ATTACH ALL RECORDS OF ORDER/PAYMENT.

**SECTION E – PAYMENT METHOD**

☐ Cash ☐ Credit Card ☐ Check # ___ Drawn on: ___ ☒ Debit/Credit Authorized
Acct. # 022016603

| COMMISSION | |
| WIRE CHARGES | 30.00 |
| MISCELLANEOUS FEES | |
| TOTAL | 29,449.45 |

I unconditionally authorize the Financial Institution to execute this payment order and debit my account in the amount requested plus applicable charges (if I have not otherwise paid the Financial Institution).

CUSTOMER SIGNATURE: X [signature]
OFAC VERIFIED: YES
PREPARED BY: X [signature]
APPROVED BY: X [signature]

B056-001-002103

BANK OF ST. CROIX
3  APR 29 '09  3
RETAIL SERVICE DEPT.
ST. CROIX
U.S. VIRGIN ISLANDS

BSC-STANBA-593

CCW

B056-001-002104

```
GFX Message Print - Message Inquiry Display Dialog Box

User: elugo      Bank: BANK OF STCROIX      Date: 02/19/08 13:56:23
Message Status: PNRM
Seq Num: 20080500003900     Related Seq Num: 20080500006000
Pay Method: FED Output      Message ID: FTI0811
Date Recvd: 02/19/2008 08:15:43     Value Date: 02/19/2008

Sender: 021606690,     Receiver: 021000089
Amount: $29,419.45
Debit info --
     Account: 22016603  Inst: 01  Br: 0001  Type: D8
     Name:    STANFORD 20/20 LLC
     Addr1:   ATTN CYNTHIA ARNOLD
     Addr2:   2179 KING CROSS STREET
     Addr3:   CHRISTIANSTED VI
     Addr4:   00820

Credit info --
     Rcvr:    021000089
     Name:    CITIBANK N.A.
     Addr1:
     Addr2:
     Addr3:
     Addr4:

Advice:            Dept:     DEPT1     Trancode: DOMESTIC
Category:          Linesheet:          Create Template:

Message Text:

   Sndr Info    {1500}02         P *
   Msg Type     {1510}1000
   IMAD         {1520}20080219L1LFB89C000009
   Amount       {2000}000002941945
   Sender DI    {3100}021606690*
   Sndr Ref     {3320}20080500003900*
   Rvr DI       {3400}021000089*
   Bus Func     {3600}CTR*
   BNF          {4200}D30447604*
                AKIN GUMP STRAUSS HAUER & FELD LLP*
                1333 NEW HAMPSHIRE AVE N.W.*
                WASHINGTON DC 20036-1564*
   ORG          {5000}D22016603*
                STANFORD 20/20 LLC*
                ATTN CYNTHIA ARNOLD*
                2179 KING CROSS STREET*
                CHRISTIANSTED VI*
   OBI          {6000}REFERENCE: INVOICE#1163418*
```

B056-001-002105

```
04/10/2002                          General Ledger Report By: Account Code / Apply Date                                    Page 6
02:29:20                                     STANFORD FINANCIAL GROUP CO.
                          12/01/2001 Thru 12/31/2001, Detail, Non-Zero Accounts, All Transactions
                        * = Ending or Beginning Balances or Records that Include Unposted Transactions
```

```
Beginning Account Code:13000-  - -                                                              Ending Account Code:<last>
Beginning Account Code:12150-1 - -                                                              Ending Account Code:<last>
Beginning Account Code:24000-  - -                                                              Ending Account Code:<last>
```

| ACCOUNT CODE | | | ACCOUNT DESCRIPTION | | | | | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 13000-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 | | | Due From STC | | | | | 526.57 |
| Apply Date | Jrnl | Ctrl Num | Description | Comp | Doc_1 | Doc_2 | Debit | Credit |
| 12/11/2001 | AR | JRNL0016240 | | SFG | 000035 | 138 | 0.00 | 11.38 |
| 12/11/2001 | AR | JRNL0016240 | | SFG | 000035 | 138 | 0.00 | 46.85 |
| 12/11/2001 | AR | JRNL0016240 | | SFG | 000035 | 148 | 0.00 | 159.91 |
| 12/18/2001 | AR | JRNL0016298 | | SFG | 000035 | 155 | 0.00 | 308.43 |
| 12/21/2001 | AR | JRNL0016320 | LIGHTYEAR COMMUNICATIONS & V | SFG | 000035 | INV0001335 | 207.13 | 0.00 |
| 12/21/2001 | AR | JRNL0016323 | United healthcare,VSP,Worldc | SFG | 000035 | INV0001338 | 6,376.09 | 0.00 |
| 12/31/2001 | AR | JRNL0016468 | LIGHTYEAR, WORLDCOM | SFG | 000035 | INV0001392 | 199.33 | 0.00 |
| | Period: | | << Period 12 >> | | | | 6,782.55 | 526.57 |
| | | | Transaction Totals: | | | | 6,782.55 | 526.57 |
| | | | Final Balance: | | | | | 6,782.55 |
| 13000-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 | | | Due From SVCH Inc | | | | | 40,849,731.46 |
| Apply Date | Jrnl | Ctrl Num | Description | Comp | Doc_1 | Doc_2 | Debit | Credit |
| 12/07/2001 | AR | JRNL0016205 | 12/06/01 WIRE TRANSFER | SFG | 000045 | INV0001269 | 1,890,000.00 | 0.00 |
| 12/07/2001 | AR | JRNL0016205 | 12/06/01 WIRE TRANSFER | SFG | 000045 | INV0001270 | 575,000.00 | 0.00 |
| 12/17/2001 | AR | JRNL0016254 | 12/13/01 WIRE TRANSFER | SFG | 000045 | INV0001298 | 500,000.00 | 0.00 |
| 12/21/2001 | AR | JRNL0016300 | 12/20/01 WIRE TRANSFER | SFG | 000045 | INV0001312 | 175,000.00 | 0.00 |
| 12/27/2001 | AR | JRNL0016371 | WIRE TRANSFER 12/27/01 | SFG | 000045 | INV0001345 | 111,989.38 | 0.00 |
| 12/31/2001 | AR | JRNL0016474 | SVCH NON-PAYROLL EXPENSES | SFG | 000045 | INV0001393 | 57,236.93 | 0.00 |
| 12/31/2001 | AR | JRNL0016496 | AKIN GUMP | SFG | 000045 | INV0001397 | 72,274.84 | 0.00 |
| 12/31/2001 | AR | JRNL0016528 | 12/01 MANAGEMENT FEE | SFG | 000045 | INV0001399 | 126,400.00 | 0.00 |
| 12/31/2001 | AR | JRNL0016816 | NON-PAYROLL EXPENSES | SFG | 000045 | INV0001504 | 33,903.06 | 0.00 |
| 12/31/2001 | AR | JRNL0016832 | 02/13/02 WIRE TRANSFER | SFG | 000045 | INV0001505 | 26,800.00 | 0.00 |
| 12/31/2001 | AR | JRNL0016833 | CREDIT INV DUE TO WRONG PERI | SFG | 000045 | CRM0000271 | 0.00 | 26,800.00 |
| 12/31/2001 | AR | JRNL0016834 | CREDIT INV DUE TO WRONG PERI | SFG | 000045 | CRM0000271 | 26,800.00 | 0.00 |
| 12/31/2001 | AR | JRNL0016834 | CREDIT INV DUE TO WRONG PERI | SFG | 000045 | CRM0000271 | 0.00 | 26,800.00 |
| | Period: | | << Period 12 >> | | | | 3,595,404.21 | 53,600.00 |
| | | | Transaction Totals: | | | | 3,595,404.21 | 53,600.00 |
| | | | Final Balance: | | | | | 44,391,535.67 |
| 13000-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 | | | Due From Antigua Sun | | | | | 32,220.35 |
| | | | Transaction Totals: | | | | 0.00 | 0.00 |
| | | | Final Balance: | | | | | 32,220.35 |
| 13000-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 | | | Due From S.I.B.L. | | | | | 0.00 |
| Apply Date | Jrnl | Ctrl Num | Description | Comp | Doc_1 | Doc_2 | Debit | Credit |
| 12/21/2001 | AR | JRNL0016319 | 10/01-11/01 ADJ BILLING | SFG | 000012 | INV0001336 | 0.01 | 0.00 |
| 12/31/2001 | AR | JRNL0016402 | 12/01 MANAGEMENT FEE | SFG | 000012 | INV0001366 | 10,770.00 | 0.00 |
| | Period: | | << Period 12 >> | | | | 10,770.01 | 0.00 |
| | | | Transaction Totals: | | | | 10,770.01 | 0.00 |
| | | | Final Balance: | | | | | 10,770.01 |
| 13000-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 | | | Due From SASH LTD | | | | | 143,908.76 |
| Apply Date | Jrnl | Ctrl Num | Description | Comp | Doc_1 | Doc_2 | Debit | Credit |
| 12/17/2001 | AR | JRNL0016250 | 12/14/01 WIRE TRANSFER | SFG | 000040 | INV0001297 | 1,700.00 | 0.00 |
| | Period: | | << Period 12 >> | | | | 1,700.00 | 0.00 |
| | | | Transaction Totals: | | | | 1,700.00 | 0.00 |
| | | | Final Balance: | | | | | 145,608.76 |