# MOTION TO DISQUALIFY AKIN GUMP STRAUSS HAUER & FELD
## TABLE OF CONTENTS

I. CHOICE OF LAW FOR DISQUALIFICATION ................................................... 1

II. AKIN GUMP AND ALLEN STANFORD AND RELATED ENTITIES HAVE AN ACTUAL ATTORNEY-CLIENT RELATIONSHIP AND AKIN GUMP'S CURRENT REPRESENTATION OF CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE COMPANY AT A MINIMUM RAISES A REASONABLE PROBABILITY THAT WOULD INVOLVE A VIOLATION OF CONFIDENTIAL CLIENT INFORMATION ..................................... 3

    a. TONY NUNES ........................................................................................... 5

    b. AST, BLUE SKY, TWS, ASL, SVCH, INTERWAVE, ROLL-UP ....................... 7

    c. CARIBBEAN SUN ................................................................................... 11

    d. 20/20 CRICKET MATCH AND CUBA ..................................................... 12

    e. BROKER SOLICITING STANFORD EMPLOYEES POST SEC COMPLAINT ................................................................................................... 15

    f. THERE WAS AND IS AN ATTORNEY-CLIENT RELATIONSHIP BETWEEN AKIN GUMP AND STANFORD AND STANFORD COMPANIES. ......................... 17

        i. AKIN GUMP OBTAINED CONFIDENTIAL INFORMATION DURING THEIR REPRESENTATION OF STANFORD AND STANFORD COMPANIES ........................................................................................ 18

        ii. AKIN GUMP REPRESENTED A BLEND OF STANFORD COMPANIES AND STANFORD PERSONALLY ................................... 20

            1. TONY NUNES REPRESENTED STANFORD PERSONALLY IN THE PAST ............................................................................... 22

            2. BILLING RECORDS FROM AKIN GUMP WERE ADDRESSED TO STANFORD AND PAID FROM STANFORD'S ACCOUNTS ................................................................................................ 22

            3. STANFORD CORPORATIONS WERE CLOSELY HELD AND NOT PUBLICLY REGISTERED ................................................... 24

            4. STANFORD REASONABLY BELIEVED THAT AKIN GUMP ATTORNEYS WERE ACTING ON HIS PERSONAL BEHALF . 27

    iii. AKIN GUMP DID NOT CLEARLY DEFINE THE SCOPE OF THEIR REPRESENTATION .............................................................................................. 29

    iv. AKIN GUMP IS NOT ACTING IN THE BEST INTERESTS OF THEIR FORMER CLIENT NOR THEIR CURRENT CLIENT ............................. 30

III. A SUBSTANTIAL RELATIONSHIP EXISTS BETWEEN THE SUBJECT MATTER OF AKIN GUMP'S PREVIOUS INVOLVEMENT REPRESENTING STANFORD AND AKIN GUMP'S CURRENT INVOLVEMENT REPRESENTING CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE COMPANY ........................................................................................ 32

    i. PROVING THAT STANFORD WAS MISAPPROPRIATING FUNDS IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD ....................................................... 35

    ii. PROVING THAT STANFORD FABRICATED FINANCIAL PERFORMANCE IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD ................................. 37

    iii. PROVING THAT STANFORD ENGAGED IN BRIBERY AND CONSPIRACY TO OBSTRUCT AN SEC INVESTIGATION IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD ....................................................... 38

    iv. PROVING THAT STANFORD THROUGH SIB CONCEALED PERSONAL LOANS IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD .................. 40

    v. PROVING THAT STANFORD ENGAGED IN MAIL AND WIRE FRAUD IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD ................................. 40

    vi. PROVING THAT STANFORD LAUNDERED MONEY THROUGH COMPANIES HE HELD AN INTEREST IN IS SUBSTANTIALLY RELATED TO AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD .......................................................................................... 41

IV. PRECEDENT DEMANDS THAT AKIN GUMP IS DISQUALIFIED FROM THE ABOVE STYLED CASE BECAUSE OF AN ADVICE OF COUNSEL DEFENSE AND A SUBSTANTIAL RELATIONSHIP EXISTS BETWEEN STANFORD, STANFORD COMPANIES, AND AKIN GUMP......................................................... 42

V.   ANY ASSERTION OF ERECTING A CHINESE WALL IS NOT SUFFICIENT FOR THE COMPLEX CONVOLUTED ISSUES BEFORE THE COURT THAT ARE DEEPLY INTERTWINED WITH AKIN GUMP'S PREVIOUS REPRESENTATION OF STANFORD AND STANFORD COMPANIES ........................................................... 44

VI.  AKIN GUMP'S CONTINUED REPRESENTATION OF CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON AND ARCH SPECIALTY INSURANCE COMPANY GOES AGAINST PUBLIC POLICY RATTLING THE PUBLIC'S TRUST IN THE LEGAL SYSTEM ............................................................... 46