IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, R. ALLEN STANFORD, GILBERTO LOPEZ, JR. and MARK KUHRT, *Plaintiffs,* <br><br> vs. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and ARCH SPECIALTY INSURANCE COMPANY, *Defendants.* | §§§§§§§§§§§§§ | CIVIL ACTION NO.: 4:09-cv-03712 |

## MOTION TO JOIN LAURA PENDERGEST-HOLT'S, GILBERT LOPEZ'S AND MARK KUHRT'S MOTION FOR PROTECTIVE ORDER

Before the Court is R. Allen Stanford (hereafter "Stanford") files this Motion Join the Motion For Protective Order by Laura Pendergest-Holt, Gilbert Lopez, and Mark Kuhrt. This request is necessary to efficiently and equitably resolve the civil and criminal faced by Stanford. Stanford would show the Court as follows:

1. Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Company (hereafter Lloyd's") sent Stanford their First Set of Interrogatories, Request for Admission, and Request for Production on July 4, 2010. Stanford responded on July 15, 2010 (Exhibit A-1). Stanford is faced with the choice of answering discovery in this action, in which case

he waives his Fifth Amendment privilege against self-incrimination, or invoking the privilege in this action and risking adverse inferences.

2. For the preceding reason, Stanford hereby adopts and incorporates in full the arguments and authorities set forth in the Motion For Protective Order by Plaintiffs Laura Pendergest-Holt, Gilbert Lopez, and Mark Kuhrt.

WHEREFORE, Plaintiff R. Allen Stanford respectfully requests that the Court grant the Stanford's Motion to Join the Motion For Protective Order in its entirety.

Respectfully submitted,

/s/ Robert S. Bennett
ROBERT S. BENNETT
Federal ID. No. 465
TBA No. 02150500
BENNETT NGUYEN JOINT VENTURE
515 Louisiana St. Suite 200
Houston, Texas 77009
713.225.6000
713.225.6001 (FAX)

ATTORNEY FOR PLAINTIFF
ROBERT ALLEN STANFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA PENDERGEST-HOLT, §<br>R. ALLEN STANFORD, GILBERTO §<br>LOPEZ, JR. and MARK KUHRT, §<br>*Plaintiffs*, §<br>§<br>vs. §<br>§<br>CERTAIN UNDERWRITERS AT §<br>LLOYD'S OF LONDON and ARCH §<br>SPECIALTY INSURANCE §<br>COMPANY, §<br>*Defendants.* § | CIVIL ACTION NO.: 4:09-cv-03712 |

## **ORDER**

Upon consideration of the Plaintiff R. Allen Stanford's Motion to Join Laura Penderget-Holt's, Gilbert Lopez's and Mark Kuhrt's Motion For Protective Order, the responses and replies thereto, the evidence submitted by all parties, and the arguments of counsel, the Court is of the opinion that R. Allen Stanford's motion is GRANTED in its entirety.

It is therefore ORDERED that R. Allen Stanford adopts Laura Penderget-Holt's, Gilbert Lopez's and Mark Kuhrt's Motion For Protective Order.

**SIGNED** at Houston, Texas, this _____ day of _____, **2010**.

_____
Nancy F. Atlas
United States District Judge

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2010, I electronically filed the foregoing document with the Clerk of Court Using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ Robert S. Bennett
Robert S. Bennett