# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **LAURA PENDERGEST-HOLT,** | § | |
| **R. ALLEN STANFORD, GILBERT** | § | |
| **LOPEZ, JR. and MARK KUHRT,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:09-cv-03712** |
| | § | |
| **CERTAIN UNDERWRITERS AT** | § | |
| **LLOYD'S OF LONDON and ARCH** | § | |
| **SPECIALTY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendants*. | § | |

## APPENDIX TO MOTION FOR CLARIFICATION REGARDING DEPOSITION OF KARYL VAN TASSEL BY PLAINTIFFS LAURA PENDERGEST-HOLT, GILBERT LOPEZ AND MARK KUHRT

A.    Order of July 6, 2010 in *SEC v. Stanford International Bank, Ltd., et al*, United States District Court, Northern District of Texas, No. 3:09-CV-298-N (Document No. 1122).

B.    Order of July 20, 2010 in *Certain Underwriters at Lloyd's of London and Arch Specialty Co.*, United States District Court, Northern District of Texas, No. 3:09-CV-1736-N (Document No. 20).

C.    Order of July 23, 2010 in *SEC v. Stanford International Bank, Ltd., et al*, United States District Court, Northern District of Texas, No. 3:09-CV-298-N (Document No. 1139).

D.    Amended Order Appointing Receiver of March 12, 2009 in *SEC v. Stanford International Bank, Ltd., et al*, United States District Court, Northern District of Texas, No. 3:09-CV-298-N (Document No. 157).

E.      Email from Daniel McNeel Lane to Lee H. Shidlofsky dated July 21, 2010.

F.      Underwriters' Response to Receiver's Motion to Supplement the Court's July 6 Order and July 20 Order in *SEC v. Stanford International Bank, Ltd., et al*, United States District Court, Northern District of Texas, No. 3:09-CV-298-N (Document No. 1137).

G.      Email from Lee H. Shidlofsky to Kevin Sadler dated Mary 19, 2010.

H.      Letter from Kevin Sadler to Lee H. Shidlofsky dated May 21, 2010.

I.      Emails between Kevin Sadler and Lee H. Shidlofsky dated July 21, 2010.

J.      Letter from Kevin Sadler to Barry A. Chasnoff and Daniel McNeel Lane dated July 21, 2010.

K.      Order of January 5, 2010 in *SEC v. Stanford International Bank, Ltd., et al*, United States District Court, Northern District of Texas, No. 3:09-CV-298-N.

L.      Letter from Barry A. Chasnoff to Lee H. Shidlofsky dated July 22, 2010.