IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, R. ALLEN STANFORD, GILBERTO LOPEZ, JR. and MARK KUHRT, *Plaintiffs,* | § § § § § § | CIVIL ACTION NO.: 4:09-cv-03712 |
| vs. | § § § | |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and ARCH SPECIALTY INSURANCE COMPANY, *Defendants.* | § § § § § | |

## MOTION TO ADOPT THE WITNESS LIST OF LAURA PENDERGEST-HOLT, GILBERT LOPEZ AND MARK KUHRT

Before the Court is R. Allen Stanford (hereafter "Stanford") files this Motion Adopt the Witness List of Laura Pendergest-Holt, Gilbert Lopez, and Mark Kuhrt.

Stanford hereby adopts and incorporates in full the Witness List of Laura Pendergest-Holt, Gilbert Lopez, and Mark Kuhrt.

WHEREFORE, Plaintiff R. Allen Stanford respectfully requests that the Court grant the Stanford's Motion to Adopt the Witness List of Laura Pendergest-Holt, Gilbert Lopez and Mark Kuhrt in its entirety.

1

Respectfully submitted,

  /s/ Robert S. Bennett
ROBERT S. BENNETT
Federal ID. No. 465
TBA No. 02150500
BENNETT NGUYEN JOINT VENTURE
515 Louisiana St. Suite 200
Houston, Texas 77009
713.225.6000
713.225.6001 (FAX)

ATTORNEY FOR PLAINTIFF
ROBERT ALLEN STANFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, R. ALLEN STANFORD, GILBERTO LOPEZ, JR. and MARK KUHRT, *Plaintiffs,* vs. CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON and ARCH SPECIALTY INSURANCE COMPANY, *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO.: 4:09-cv-03712 |

## **ORDER**

Upon consideration of the Plaintiff R. Allen Stanford's Motion to Adopt the Witness List of Laura Penderget-Holt's, Gilbert Lopez's and Mark Kuhrt, the responses and replies thereto, the evidence submitted by all parties, and the arguments of counsel, the Court is of the opinion that R. Allen Stanford's motion is GRANTED in its entirety.

It is therefore ORDERED that R. Allen Stanford adopts the Witness List of Laura Penderget-Holt's, Gilbert Lopez's and Mark Kuhrt.

**SIGNED** at Houston, Texas, this _____ day of _____, 2010.

_____
Nancy F. Atlas
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2010, I electronically filed the foregoing document with the Clerk of Court Using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ Robert S. Bennett
Robert S. Bennett