IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA PENDERGEST-HOLT, § | |
| R. ALLEN STANFORD, GILBERTO § | |
| LOPEZ, JR. and MARK KUHRT, § | |
|     *Plaintiffs,* § | CIVIL ACTION NO.: 4:09-cv-03712 |
| § | |
| V. § | |
| § | |
| CERTAIN UNDERWRITERS AT § | |
| LLOYD'S OF LONDON and ARCH § | |
| SPECIALTY INSURANCE § | |
| COMPANY, § | |
|     *Defendants.* § | |

### PLAINTIFF R. ALLEN STANFORD'S MOTION TO ADOPT THE ADVISORY TO THE COURT BY GILBERT LOPEZ AND MARK KUHRT

Before this Court R. Allen Stanford (hereinafter "Stanford") files this Motion to Adopt the Advisory to the Court by Gilbert Lopez and Mark Kuhrt (hereinafter "Co-Plaintiffs").

Stanford hereby adopts and incorporates in full Co-Plaintiffs' Advisory to the Court (Doc. 356).

WHEREFORE, Plaintiff Stanford respectfully requests that the Court grant his Motion to Adopt Co-Plaintiffs' Advisory to the Court in its entirety.

2

        Respectfully Submitted,

        /s/ Robert S. Bennett
        Robert S. Bennett
        Federal ID. No. 465
        TBA No. 02150500
        Bennett Law Firm
        515 Louisiana St.,
        Suite 200
        Houston, TX 77002
        Phone: (713) 225-6000
        Fax: (713) 225-6001
        **Counsel for Plaintiff,**
        **Robert Allen Stanford**

## **CERTIFICATE OF SERVICE**

On October 21, 2010, I electronically submitted the foregoing document with the clerk of court using the CM/ECF system, which sent notification to the parties. I hereby certify that I have provided copies to the Court and all counsel of record electronically.

        /s/ Robert S. Bennett
        Robert S. Bennett

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA PENDERGEST-HOLT, § | |
| R. ALLEN STANFORD, GILBERTO § | |
| LOPEZ, JR. and MARK KUHRT, § | |
|     *Plaintiffs,* § | CIVIL ACTION NO.: 4:09-cv-03712 |
| § | |
| V. § | |
| § | |
| CERTAIN UNDERWRITERS AT § | |
| LLOYD'S OF LONDON and ARCH § | |
| SPECIALTY INSURANCE § | |
| COMPANY, § | |
|     *Defendants.* § | |

## **ORDER**

Upon consideration of the Plaintiff R. Allen Stanford's Motion to Adopt the Advisory to the Court by Gilbert Lopez and Mark Kuhrt, the responses and replies thereto, the evidence submitted by all parties, and the arguments of counsel, the Court is of the opinion that R. Allen Stanford's motion is GRANTED in its entirety.

It is therefore ORDERED that R. Allen Stanford adopts the Advisory to the Court by Gilbert Lopez and Mark Kuhrt.

**SIGNED** at Houston, Texas, this _____ day of _____, **2010**.

_____<br>
Nancy F. Atlas<br>
United States District Judge

1