IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAURA PENDERGEST-HOLT, §<br>R. ALLEN STANFORD, GILBERT §<br>LOPEZ, JR. and MARK KUHRT, §<br>§<br>*Plaintiffs*, §<br>§<br>V. §<br>§<br>CERTAIN UNDERWRITERS AT §<br>LLOYD'S OF LONDON and ARCH §<br>SPECIALTY INSURANCE §<br>COMPANY, §<br>§<br>*Defendants*. § | CIVIL ACTION NO. 4:09-cv-03712 |

# ORDER

Pursuant to the Joint Motion to Dismiss by Plaintiff, Laura Pendergest-Holt ("Holt"), and Defendants, Certain Underwriters at Lloyd's of London and Arch Specialty Insurance Company [Doc. #360], it is hereby ORDERED that all claims by Holt against Underwriters, and all claims by Underwriters against Holt are hereby dismissed with prejudice.

SIGNED this 18th day of November, 2010.

_____
Nancy F. Atlas
United States District Judge