# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PENDERGEST-HOLT, *et al.*, § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-09-3712 | |
| § | | |
| CERTAIN UNDERWRITERS AT § | | |
| LLOYD'S OF LONDON AND ARCH § | | |
| SPECIALTY INSURANCE CO., § | | |
| Defendant. § | | |

## ORDER

It is hereby **ORDERED** that this civil case is **STAYED AND ADMINISTRATIVELY CLOSED** pending the final conclusion of the criminal case *United States v. R. Allen Stanford, et al.*, Criminal Action No. H-09-cr-342, at which time counsel for Plaintiffs shall file a written motion seeking reinstatement of this case on the Court's active docket.

SIGNED at Houston, Texas, this 29th day of **November, 2010**.

_____
Nancy F. Atlas
United States District Judge